IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA,              :<br>                             :<br>         Plaintiff           :<br>                             :<br>    VS.                      :<br>                             :  NO. 5:21-CV-307-TES-CHW<br> UNITED STATES GOVERNMENT,   :<br>  *et al.*,                  :<br>                             :<br>                             :<br>         Defendants          : | |

# ORDER

Plaintiff Moussa Diarra, a pretrial detainee in the Dekalb County Jail in Decatur, Georgia, filed a civil action.  ECF No. 1.  He did not, however, pay the required $402.00 filing fee or petition the Court to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).

Accordingly, Plaintiff is **ORDERED** to either pay the $402.00 filing fee or submit a motion to proceed *in forma pauperis* including a financial affidavit along with a certified copy of his trust fund account statement for the last six months.  If Plaintiff has not been incarcerated in the Dekalb County Jail for at least six months, he may provide a certified copy of his account for whatever shorter time he has been incarcerated in the jail.  Plaintiff should be aware that even if the Court grants his request to proceed *in forma pauperis* and allows him to proceed without prepayment of an initial filing fee, he will still be responsible for the full payment of the filing fee.

Plaintiff shall have **FOURTEEN (14)** days from the date shown on this Order to comply and failure to do so will result in the dismissal of Plaintiff's complaint. The Clerk of Court is **DIRECTED** to forward the appropriate financial affidavit and copy of this Order (both showing the civil action number) to Plaintiff.

**SO ORDERED AND DIRECTED**, this 27th day of August, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge