IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | * |
| Plaintiff, | * |
| v. | Case No.   5:21-cv-00307-TES-CHW |
| | * |
| UNITED STATES GOVERNMENT, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 22, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 22nd day of October, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk